# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE No.** 0:19-cv-62235-RKA

RYAN TURIZO,

    Plaintiff,

vs.

DEFENDERS, INC.
    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff RYAN TURIZO, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice Voluntary Dismissal *with* Prejudice of the above styled action.

DATED: October 14, 2019

    Respectfully Submitted,

    /s/ Jibrael S. Hindi
    **JIBRAEL S. HINDI, ESQ.**
    Florida Bar No.: 118259
    E-mail:   jibrael@jibraellaw.com
    **THOMAS J. PATTI, ESQ.**
    Florida Bar No.: 118377
    E-mail:   tom@jibraellaw.com
    The Law Offices of Jibrael S. Hindi
    110 SE 6th Street, Suite 1744
    Fort Lauderdale, Florida 33301
    Phone:   954-907-1136
    Fax:     855-529-9540

    *COUNSEL FOR PLAINTIFF*

.

## CERTIFICATE OF SERVICE

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

The undersigned hereby certifies that on October 14, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                        Respectfully Submitted,

                                        /s/ Thomas J. Patti                                  .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com