**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-62235-CIV-ALTMAN**

**RYAN TURIZO,**

    **Plaintiff**,

v.

**DEFENDERS, INC.,**

    **Defendant**.

_____/

**ORDER OF DISMISSAL**

**THIS MATTER** is before the Court on the Plaintiff's Notice of Voluntary Dismissal [ECF No. 7], filed October 14, 2019. Being fully advised, the Court hereby

**ORDERS** that this action is **DISMISSED with prejudice.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of October 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record